

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-20-00241-CR
_____

ALBERT LEE SANDEFUR GARCIA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 287th District Court
Bailey County, Texas
Trial Court No. 3053, Honorable Gordon H. Green, Presiding

October 23, 2020

ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Albert Lee Sandefur Garcia, appeals the trial court's judgment revoking his community supervision and sentencing him to ten years' confinement for the offense of assault.[1] The clerk's record has been filed but does not contain the trial court's certification of appellant's right to appeal the judgment. See TEX. R. APP. P. 25.2(a)(2) (requiring the trial court to issue a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order). By letter of September 11, 2020,

---

[1] TEX. PENAL CODE ANN. § 22.01(b)(2)(B) (West Supp. 2020) (third-degree felony offense).

we notified the trial court of the omission and requested that the court file a certification with the trial court clerk by October 12, 2020.  *See* TEX. R. APP. P. 37.1.  The trial court clerk has notified us that no certification has yet been filed.

Accordingly, we now abate the appeal and remand the cause to the trial court to prepare a certification of appellant's right of appeal in accordance with Rule of Appellate Procedure 25.2(d).  The certification shall be included in a supplemental clerk's record filed with the Clerk of this Court by November 23, 2020.  *See* TEX. R. APP. P. 34.5(c)(2).

It is so ordered.

Per curiam

Do not publish.